**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

**CASE NO. 25-81605-CIV-CANNON/McCabe**

**JHON TOUSSAINT,**

　　　Plaintiff,

v.

**OFFICER S. SPENCER,**
and **THE GEO GROUP, INC.,**

　　　Defendants.

_____/

**ORDER ACCEPTING MAGISTRATE JUDGE'S**
**REPORT AND RECOMMENDATION [ECF No. 21]**

**THIS CAUSE** comes before the Court upon Magistrate Judge Ryon M. McCabe's Report

and Recommendation on Defendants' Motion to Dismiss, issued on May 26, 2026 (the "Report")

[ECF No. 21].  On February 25, 2026, Defendants filed a Motion to Dismiss (the "Motion") [ECF

No. 16].  On May 26, 2026, following referral, Magistrate Judge McCabe issued the Report

recommending that the Motion be denied [ECF No. 21 p. 10].  Both Plaintiff and Defendants have

filed Notices of Non-Objection to the Report [ECF Nos. 22, 23].

To challenge the findings and recommendations of a magistrate judge, a party must file

specific written objections identifying the portions of the proposed findings and recommendation

to which objection is made.  *See* Fed. R. Civ. P. 72(b)(3); *Heath v. Jones*, 863 F.2d 815, 822

(11th Cir. 1989); *Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006).  A district court

reviews de novo those portions of the report to which objection is made and may accept, reject,

or modify in whole or in part, the findings or recommendations made by the magistrate judge.

28 U.S.C. § 636(b)(1).  To the extent a party fails to object to parts of the magistrate judge's report,

the Court may accept the recommendation so long as there is no clear error on the face of the record. *Macort*, 208 F. App'x at 784.

Following de novo review, the Court finds the Report to be well reasoned and correct. For the reasons set forth in the Report [ECF No. 21], it is hereby

**ORDERED AND ADJUDGED** as follows:

1.     The Report and Recommendation [ECF No. 21] is **ACCEPTED**.

2.     The Motion to Dismiss [ECF No. 16] is **DENIED**.

3.     On or before **June 15, 2026**, Defendants shall answer Plaintiff's Amended Complaint [ECF No. 10], in accordance with the Court's Order on Combined Responses [ECF No. 7].

**ORDERED** in Chambers at Fort Pierce, Florida this 1st day of June 2026.

_____
**AILEEN M. CANNON**
**UNITED STATES DISTRICT JUDGE**

cc:     counsel of record

2